**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re:
Odette Elaine Harris,
*Debtor.*

Case No.:

Chapter: 7

Judge:

**Debtor's Declaration Regarding Payment Advices**

I, Odette Elaine Harris, declare as follows:

1. I am the Debtor in this chapter 7 case. I make this declaration from my own personal knowledge under 11 U.S.C. § 521(a)(1)(B)(iv) and L.B.R. 1007-4.

2. I am retired and have not been employed since 2023. I did not work for any employer during the sixty days before I filed my bankruptcy petition.

3. Because I had no employer during that period, I did not receive any pay stubs, payment advices or other evidence of payment from an employer, and I have none to file.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/2/2026

Odette Elaine Harris
Odette Elaine Harris