| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14690-amc |
|---|---|---|
| In re: Odette Elaine Harris,<br><br>*Debtor*. | Chapter:<br><br>Chief Judge: | 7<br><br>Ashely M. Chan |

## Order Waiving the Chapter 7 Filing Fee

**AND NOW**, upon consideration of the Application to Have the Chapter 7 Filing Fee Waived filed by Debtor Odette Elaine Harris at ECF No. 7, for good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. The filing fee for this chapter 7 case is waived under 28 U.S.C. § 1930(f)(1).
3. The Court may order the Debtor to pay the filing fee in the future if developments in administering this case show that the waiver was unwarranted.

Date: Nov. 10, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge