United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-14690-amc
Odette Elaine Harris Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Nov 10, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Odette Elaine Harris, 1017 E Ellet St, Philadelphia, PA 19150-3008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL I. ASSAD | on behalf of Debtor Odette Elaine Harris mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Odette Elaine Harris,<br><br>*Debtor.* | Case No.:<br>Chapter:<br>Chief Judge: | 26-14690-amc<br>7<br>Ashely M. Chan |

## Order Waiving the Chapter 7 Filing Fee

**AND NOW**, upon consideration of the Application to Have the Chapter 7 Filing Fee Waived filed by Debtor Odette Elaine Harris at ECF No. 7, for good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. The filing fee for this chapter 7 case is waived under 28 U.S.C. § 1930(f)(1).
3. The Court may order the Debtor to pay the filing fee in the future if developments in administering this case show that the waiver was unwarranted.

Date: Nov. 10, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge