Certificate Number: 13861-PAE-DE-041699491

Bankruptcy Case Number: 26-14690

13861-PAE-DE-041699491

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2026, at 8:13 o'clock AM PST, Odette Elaine Harris completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 20, 2026

By: /s/Kelly M Overton

Name: Kelly M Overton

Title: Counselor